1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  William David Bitler

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| WILLIAM DAVID BITLER, | Case No.: 1:18-cv-01062-GSA |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the time in which plaintiff must file his opening brief for a period of 28 days from March 28, 2019, to and including April 25, 2019, and that all subsequent deadlines set forth in the Court's Scheduling Order, Doc. No. 4, are extended accordingly.

-1-

This request is made pursuant to paragraph 12 of the Scheduling Order, permitting a single 30-day extension without the need for Court approval although the stipulation must be filed.

IT IS SO STIPULATED.

DATE: March 28, 2019          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
_____
Young Cho
Attorney for plaintiff WILLIAM DAVID BITLER

Date: March 28, 2019          McGREGOR W. SCOTT
United States Attorney

BY: /s/ *Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant United States Attorney
Attorneys for Defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security (Per email authorization)

IT IS SO ORDERED.

Dated: **April 1, 2019**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE